IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS ROMERO BURNETT,

    Petitioner,                    No. CIV S-01-0481 DFL DAD P

    vs.

DAVE RUNNELS, et al.,

    Respondents.               ORDER

_____/

        Pursuant to this court's April 20, 2006 order, petitioner has filed a timely status report concerning the time needed to file a state exhaustion petition. Petitioner requests 120 days in which to investigate and prepare the petition. Good cause appearing, IT IS ORDERED that:

        1. Petitioner's June 19, 2006 request is granted; and

        2. Petitioner is granted 120 days from the date of this order in which to file a state exhaustion petition; a notice of filing shall be filed in this case within ten days after the state petition is filed.

DATED: June 26, 2006.

                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
burn0481.111sp