DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS BURNETT**, | NO. Civ. S-01-00481 DFL DAD P |
| Petitioner, | |
| v. | **ORDER** |
| **DAVE RUNNELS, Warden,** | |
| Respondent. | |

**GOOD CAUSE APPEARING**, petitioner's October 24, 2006 request is granted and petitioner is granted an enlargement of time to January 22, 2007, in which to file a status report or any necessary pleadings.

DATED: October 25, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/burn0481.fdeot1