IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS ROMERO BURNETT,

    Petitioner,   No. CIV S-01-0481 DFL DAD P

  vs.

DAVE RUNNELS, et al.,

    Respondents.   ORDER
_____/

    Petitioner has filed a status report and a request for enlargement of time. Good cause appearing, IT IS ORDERED that:

    1. Petitioner's January 22, 2007 request for enlargement of time is granted;

    2. Petitioner is granted an extension of time to and including May 22, 2007, in which to file a state exhaustion petition;

    3. Petitioner shall file a status report in this court within seven days after filing the state exhaustion petition and shall file status reports thereafter on the first court day of every second month after the filing of the state exhaustion petition, until state exhaustion proceedings are completed; and

/////

/////

        4.  Petitioner shall file an amended petition and a motion to lift the stay of this action within thirty days after state exhaustion proceedings are completed.

DATED: January 23, 2007.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:13
burn0481.fdeot2