IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS BURNETT**, | NO. Civ. S-01-00481 DFL DAD |
| Petitioner, | |
| v. | **ORDER** |
| **DAVE RUNNELS, Warden,** | |
| Respondent. | |

Petitioner, by and through counsel, has requested 90 days in which to prepare a Request to Lift Stay, Amended Petition, and Memorandum of Points and Authorities. **GOOD CAUSE APPEARING**, petitioner is given to and including August 30, 2007, in which to file a Request to Lift Stay, Amended Petition and Memorandum of Points and Authorities.

DATED: May 30, 2007.

/burn0481.111

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE