IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS BURNETT**, | NO. Civ. S-01-00481 RRB DAD |
| Petitioner, | |
| | **ORDER** |
| v. | |
| **DAVE RUNNELS, Warden,** | |
| Respondent. | |

Petitioner, by and through counsel, has requested up to and including October 31, 2007, in which to prepare a Request to Lift Stay, Amended Petition, and Memorandum of Points and Authorities. **GOOD CAUSE APPEARING**, petitioner is given to and including October 31, 2007, in which to file a Request to Lift Stay, Amended Petition and Memorandum of Points and Authorities.

DATED: September 4, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/burn0481.111(2)

1