IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS BURNETT**, | NO. Civ. S-01-00481 RRB DAD |
| Petitioner, | |
| v. | **ORDER** |
| **DAVE RUNNELS, Warden,** | |
| Respondent. | |

     Petitioner, by and through counsel, has requested a 60-day extension of time, to and including January 2, 2008, within which to file an Amended Petition in this matter. **GOOD CAUSE APPEARING**, petitioner is given to and including January 2, 2008, in which to file a Request to Lift Stay, Amended Petition, and Memorandum of Points and Authorities.

DATED: November 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/burn0481.111(3)

1