IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BURNETT,<br><br>              Petitioner,<br><br>   v.<br><br>DAVE RUNNELS, Warden,<br><br>              Respondent.<br>_____ | NO. Civ. S-01-00481 RRB DAD<br><br>ORDER |

Petitioner, Carlos Burnett, by and through counsel, Assistant Federal Defender Monica Knox, has requested an unopposed two-week extension of time, to and including January 16, 2008, within which to file an Amended Petition in this matter.  GOOD CAUSE APPEARING, petitioner is given to and including January 16, 2008, in which to file a Request to Lift Stay, Amended Petition and Memorandum of Points and Authorities.

DATED: January 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/burn0481.111amp