IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS R. BURNETT,** | CIV-S- 01- 0481 RRB DAD |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

Respondent has requested an extension of time to file an Answer in this matter. GOOD CAUSE SHOWING, the Court grants respondent's request for a 30-day extension of time to and including March 22, 2008 to file the Answer in this matter.

DATED: February 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/burn0481.111ans