IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Carlos R. Burnett,

    Petitioner,                    No. 2:01-cv-00481-MDS

vs.                            <u>ORDER</u>

Ken Clark, Warden,

    Respondent.

_____/

Since the files provided to the court did not contain the latest version of the parties' briefs, the court's order filed on March 30, 2010 reflects the fact that the court did not know of, and accordingly did not address, the grounds for relief raised by Petitioner in his First Amended Petition for Writ of Habeas Corpus. Accordingly, it is hereby ORDERED that the court's order and judgment, both filed on March 30, 2010, are VACATED. The Clerk is directed to reopen the case.

DATED: April 7, 2010

                                      /s/ Milan D. Smith, Jr.
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation