IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Carlos R. Burnett,

    Petitioner,

vs.

Ken Clark, Warden,

    Respondent.
_____/

No. 2:01-cv-0481-MDS

<u>ORDER</u>

    Petitioner Carlos R. Burnett has requested that this court issue a certificate of appealability (COA). For the reasons set out in this court's order issued on April 8, 2010 (#128), in which this court denied Petitioner's petition for a writ of habeas corpus, Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a COA is DENIED.

    IT IS SO ORDERED.

DATED: April 26, 2010

                         /s/ Milan D. Smith, Jr.
                         UNITED STATES CIRCUIT JUDGE
                         Sitting by Designation